CHARLENE BENTON *v.* EDWIN BENTON

The defendant's motion for a review of the decision of the trial court dated October 22, 1974, terminating the stay of judgment in the appeal from the Superior Court in New Haven County is granted and the relief sought therein is denied.

*Gordon A. Evans* and *Nicholas Triffin,* in support of the motion.
*William F. Gallagher,* in opposition.

Submitted November 14—decided November 26, 1974

STATE OF CONNECTICUT *v.* HENRY A. McCLAIN

The defendant's "Motion to Suspend Rules and Expedite Appeal" from the Superior Court in New London County is denied.

*Henry A. McClain,* pro se, in support of the motion.

Submitted November 18—decided November 26, 1974